**Order filed August 21, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00583-CV

_____

**ALPER KARAALI, Appellant**

**V.**

**PETROLEUM WHOLESALE, L.P., Appellee**

On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2011-44275

# O R D E R

This is an appeal from a judgment signed April 15, 2014. A timely motion for new trial was filed. The notice of appeal was due July 14, 2014. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on July 18, 2014, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is "necessarily implied" when the perfecting instrument is filed within fifteen days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. While an

extension may be implied, appellant is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **September 2, 2014**. *See* Tex. R. App. P. 26.3; 10.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM